United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN HOWARD MORRIS, III,  )
                          )   No. C 07-00299 JW (PR)
    Petitioner,            )
                          )   ORDER OF TRANSFER
  vs.                      )
                          )
ROSEANNE CAMPBELL, Warden, )
                          )
    Respondent.            )
                          )

Petitioner, a California prisoner incarcerated at the Mule Creek State Prison in Ione, California, filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges the decision by the California Board of Prison Terms, in 2005, to deny him parole.

A petition for a writ of habeas corpus made by a person in custody under the judgment and sentence of a state court of a state that contains two or more federal judicial districts may be filed in either the district of confinement or the district of conviction. See 28 U.S.C. § 2241(d). Each of such districts shall have concurrent jurisdiction to entertain the petition; however, the district court for the district where

Order of Transfer
N:\Pro - Se\7.27.2007\07-00299 Morris00299_Transfer.wpd

the petition is filed may transfer the petition to the other district in the furtherance of justice. See id. The petition indicates that petitioner was convicted in Sonoma County, which lies within the venue of this district, and that he is confined in Ione (Amador County), which lies within the venue of the Eastern District of California. See 28 U.S.C. 84(b).

Since the petition is directed to the manner in which a sentence is being executed, the district of confinement is the preferable forum. See Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989) ("The proper forum to challenge the execution of a sentence is the district where the prisoner is confined."); see also Habeas L.R. 2254-3(b) (providing for transfer of venue to district of confinement "if the petition is challenging the manner in which the sentence is being executed"). Because petitioner is confined in the Eastern District, the petition will be transferred to that district.

Accordingly, the above-titled action is hereby TRANSFERRED to the United States District Court for the Eastern District of California. See 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3.

The clerk shall transfer this matter and close the file.

DATED:     July 19, 2007                    _____
                                             JAMES WARE
                                             United States District Judge

Order of Transfer
N:\Pro - Se\7.27.2007\07-00299 Morris00299_Transfer.wpd     2